United States District Court
Southern District of Texas
**ENTERED**
October 15, 2025
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| BLANCA ESTELA PEREZ, <br> "Plaintiff," <br><br> v. <br><br> GENERAL MOTORS, *et al.*, <br> "Defendants." | § <br> § <br> § <br> § <br> §    Civil Action No. 1:25-cv-00140 <br> § <br> § <br> § |

## ORDER

Before the Court is the Magistrate Judge's "Report and Recommendation" (Dkt. No. 15) ("R&R"). The R&R recommends that the Court **DENY** Plaintiff's Motion to Remand (Dkt. No. 8) and **DISMISS** Defendants Payne Auto Group, Inc. and Payne Edinburg, LLC as parties.

Objections to the R&R were due October 3, 2025. No objections were filed. If there have been no objections to the Magistrate's ruling, the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 15) is **ADOPTED**. Plaintiff's Motion to Remand (Dkt. No. 8) is **DENIED**. Defendants Payne Auto Group, Inc. and Payne Edinburg, LLC are **DISMISSED**. This case is **REMANDED** to the Magistrate for further proceedings.

Signed on this 15th day of October 2025.

Rolando Olvera
United States District Judge